## ARBITRATION CONSENT AWARD

Local 713, International Brotherhood of Trade Unions, U.M.D. I.L.A., AFL-CIO and Local 713 Health and Welfare Fund and Annuity Fund

vs.

Employer: Ground Support Services LLC and Greater Shield LLC

John Kennedy, Arbitrator

**Attendees:**

Local 713:

Robert P. Vella, VP Union/ Fund Trustee

Danielle M. Carney, Esq. -Attorney for the 713 and the Funds

Akash Dhir-Bookkeeper

Employer:

Chany Bernat, Chief Operating Officer

Location: 555 Westbury Avenue, Carle Place, NY  11514
　　　　Chany Bernat and Akash Dhir appeared via Zoom

The arbitration commenced at 11:00 A.M.

Ms. Bernat confirmed on behalf of Ground Support Services LLC and Greater Shield LLC (Employer) that the there is no dispute with the obligation to remit dues, welfare and annuity contributions pursuant to the Collective Bargaining Agreements.

The parties agreed to the following:

1) By the end of business day of November 2, 2022, Ms. Bernat will email to Akash Dhir, Rob P. Vella and Danielle Carney, all of the 2021 and up to June 2022, Wire Confirmation /Bill Payment sheets.

    The Fund office/Akash Dhir will reconcile the statements with payments made by Friday November 4, 2022, and advise Ms. Bernat of any open invoices with the supporting documentation.

    Any open invoices (contributions/dues) for 2021 will be paid no later than the end of business day November 18, 2022.

2) By the end of business day of November 2, 2022, payment will be made for June 2022 contributions/dues as well as the June 2022 reports as well as the 1825 Ocean Avenue contributions for the period June 2021, May 2021, April 2021 and March 2021 in the total amount of $6,038.66.

3) Ms. Bernat will email reports to Akash Dhir, Rob P. Vella and Danielle Carney for July, August and September of 2022 no later than the end of business day Friday November 4, 2022, as well as partial payment for the amounts owed. The balance of the payments for July, August and September of 2022, will be paid no later than the end of business day November 11, 2022.

4) Ms. Bernat will email the October 2022, reports to Akash Dhir, Rob P. Vella and Danielle Carney no later than the end of business day Friday November 11, 2022, along with payment for the amounts owed.

5) Ms. Bernat will remit payment for 264 Webster Avenue for the period March 2021 to September 2021 in the total amount of $16,774.45 no later than the end of business day Friday November 18, 2022,

6) Ms. Bernat will provide documentation to support the claim that the Employer was obligated to remit dues and annuity payments to 32BJ instead of 713 no later than the end of business day Friday November 18, 2022. Upon receipt of satisfactory evidence, 713 will no longer seek the payments owed for June 2020 to December 2020 totaling $21,425.20.

> Note: Ms. Carney advised Ms. Bernat that 713 will be seeking personal liability against the officers of the Employers for the dues as well as the welfare contributions as per the Trust Document.

The Employer has until November 21, 2022, to complete the aforementioned. The arbitrator will issue an award on November 22, 2022, for any outstanding amounts owed which will include personal liability for those amounts.

Entered November 2, 2022

_____
John G. Kennedy, Arbitrator

Sworn to before me on
November 2, 2022

_____
Notary Public

ERIKA A. BURGOS
NOTARY PUBLIC, STATE OF NEW YORK
Registration Number # 01BU6277244
Qualified in Nassau County
Commission Expires Jan. 16, 2023