# ARBITRATION AWARD

Local 713, International Brotherhood of Trade Unions, U.M.D. I.L.A., AFL-CIO and Local 713 Health and Welfare Fund and Annuity Fund

vs.

Employer: Ground Support Services LLC and Greater Shield LLC

On November 2, 2022, an Arbitration was held at 555 Westbury Avenue, Carle Place, NY 11514.

The following were attendees:

**Local 713:**

Robert P. Vella, VP Union/ Fund Trustee

Danielle M. Carney, Esq. -Attorney for the 713 and the Funds

Akash Dhir-Bookkeeper

**Employer:**

Chany Bernat, Chief Operating Officer

An Arbitration Consent Award was entered on November 2, 2022, which set deadlines for the Employer to submit reports and remit payments. The Arbitration Consent Award is attached hereto and made a part hereof.

The Employer made payments for: 1825 Ocean Avenue contributions for the period June 2021, May 2021, April 2021 and March 2021 in the total amount of $6,038.00; 264 Webster Avenue contributions for March 2021 through to September 2021 in the total amount of $16,774.45; 125 Borinquen Place contributions for June 2020 through to December 2020 in the total amount of $21,425.20 as well as contributions for the period June 2022 through to September 2022 in the total amount of $49,333.06. The total amount paid was $93,570.71.

After the payments were allocated, there remains a balance of $ 61,370.11.

Accordingly, my award is as follows:

Local 713 Annuity Fund: $26,483.52

Local 713 I.B.O.T.U dues: $1,497.01

Local 713 I.B.O.T.U Health &Welfare Fund: $33,389.58


I further award the $61,370.11 against Abe Grunhut and Issac Weiss personally pursuant to the applicable Collective Bargaining Agreements and the Trust documents of the Funds.


Entered _____, 2023

_____
John G. Kennedy, Arbitrator


Sworn to before me on ___ day of
_____, 20 __

_____
Notary Public


MICHAEL D. CEMBURA
Commission # HH 210009
Expires January 3, 2026

2