

BARNES
IACCARINO &
SHEPHERD LLP

ATTORNEYS AT LAW

3 Surrey Lane Hempstead, NY 11550
Tel: 516.483.2990 | Fax: 516.483.0566

Riccardo Iaccarino          258 Saw Mill River Road
Wendell V. Shepherd         Elmsford, NY 10523
                            Tel:  914.592.1515
Matthew J. Berger*          Fax:  914.592.3213
Danielle M. Carney
Michele Harari              379 Sunset Blvd.
Dana L. Henke               Wyckoff, NJ 07481
Steven H. Kern              Tel:  914.592.1515
Lauren M. Kugielska*        Fax:  914.592.3213
Giacchino J. Russo
Julie Pearlman Schatz*      *Also Admitted in NJ

Roy Barnes, Retired         www.bislawfirm.com

**<u>Via Certified Mail RRR and Regular Mail</u>**

January 29, 2023

Greater Shield / Ground Support
90 Waterbury St.
Brooklyn, NY 11206
Attn: Abe Grunhut and Issac Weiss

Re:    IBOTU Local 713, Local 713 Health & Welfare Fund and Annuity Fund

Dear Mr. Grunhut and Mr. Weiss:

This firm is counsel to the above referenced Funds and Union.

Enclosed is the Arbitration Award of John G. Kennedy. The Award granted the Local 713 Annuity Fund the amount of $26,483.52, the Local 713 I.B.O.T.U. the amount of $1,497.01 in dues and the Local 713 I.B.O.T.U. Health & Welfare Fund in the amount of $33,389.58. The Award is also granted against Mr. Grunhut and Mr. Weiss, personally.

Unless satisfactory arrangements are made to pay the Award within twenty (20) days, we will have no alternative but to file a Motion to Confirm this Award in federal court.

Remit the Annuity and Health and Welfare Award amount to:

IBOTU Local 713 Fund Office
555 Westbury Ave.
Carle Place, New York 11514

and

1

Remit the dues amount to:

> IBOTU Local 713
> 555 Westbury Ave.
> Carle Place, New York 11514

Sincerely,

Danielle M. Carney, Esq

Enc.
cc:     Fund Office and Union