UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF NEW YORK

**Job #:** 1471256

**Attorney:** Barnes, Iaccarino & Shepherd, LLP Danielle M. Carney, Esq.
**Address:** 3 Surrey Lane Hempstead, NY 11550

THE MATTER OF THE APPLICATION OF LOCAL 713, INTERNATIONAL BROTHERHOOD OF TRADE UNIONS, U.M.D.I.L.A., AFL-CIO and LOCAL 713 HEALTH and WELFARE FUND and ANNUITY FUND,

*Petitioners*

vs

GROUND SUPPORT SERVICES LLC; et al., Respondents
FOR AN ORDER CONFIRMING THE AWARD OF JOHN G. KENNEDY, Arbitrator.

*Defendant*

**Index Number:** 2:23-cv-02602-LDH-AYS
**Client's File No.:**
**Court Date:**
**Court Time:**

**Date Filed:** 04/05/2023

# AFFIDAVIT OF SERVICE

STATE OF NEW YORK, COUNTY OF NASSAU, SS.:

**Dainon O. Ward**, being sworn says:

Deponent is not a party herein; is over the age of 18 years and resides in the State of New Jersey.

On **4/19/2023**, at **4:04 PM** at: **90 WATERBURY STREET, BROOKLYN, NY 11206** Deponent served the within **Notice of Petition, Petition to Confirm Arbitration Award With Exhibits A1-A9 through D and Memorandum of Law In Support of Petition to Confirm Arbitration Award**

On: **GROUND SUPPORT SERVICES LLC; GREATER SHIELD LLC**, Respondent therein named.

Said documents were conformed with index number and date of filing endorsed thereon.

☒ **#1 Corporation or Partnership or Trust or LLC or Agency or P.C. or Banking Institution or Insurance Company/ Agency**
By delivering thereat a true copy of each to Usher Gross personally. Deponent knew said entity to be the corporation/partnership /trust /LLC/ agency/ P.C. /banking institution / insurance company/ agency described in said aforementioned document as said defendant and knew said individual to be Manager thereof, authorized to accept on behalf.

☒ **#2 DESCRIPTION**
**Sex:** Male   **Color of skin:** White   **Color of hair:** Brown   **Glasses:** Yes
**Age:** 36 - 50 Yrs.   **Height:** 6ft Over   **Weight:** 161-200 Lbs.   **Other Features:** Mustache/Beard

☐ **#3 WITNESS FEES**
Subpoena Fee Tendered in the amount of $.

☐ **#4 OTHER**

Sworn to before me on 04/20/2023

Stephanie Galligan
NOTARY PUBLIC, State of New York
No. 01GA6190672, Qualified in Nassau County
Commission Expires July 28, 2024

Dainon O. Ward
DCA License# 2079049

*Court Support, Inc., 265 Post Ave #150, Westbury, NY 11590 License #1382542*