UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------------------X  Docket No. 23-cv-2602
THE MATTER OF THE APPLICATION OF LOCAL 713,
INTERNATIONAL BROTHERHOOD OF TRADE UNIONS,
U.M.D.I.L.A., AFL-CIO and LOCAL 713 HEALTH and
WELFARE FUND and ANNUITY FUND,                            **AFFIRMATION IN SUPPORD OF REQUEST FOR DEFAULT**

                                  Petitioner(s),

           -against-

-against-

GROUND SUPPORT SERVICES LLC, GREATER
SHIELD LLC, ABRAHAM GRUNHUT AND ISSAC
WEISS,

                                 Respondent(s),

FOR AN ORDER CONFIRMING THE AWARD OF
JOHN G. KENNEDY, Arbitrator
---------------------------------------------------------------------------X

State of New York    )
                           )ss:
County of Nassau   )

Danielle M. Carney, being duly sworn, says:

      1.     I am a member of the Bar of this Court and am associated with the firm Barnes, Iaccarino & Shepherd, LLP, attorneys for Petitioners in the above-entitled action and I am familiar with all the facts and circumstances hereinafter set forth.

      2.     I make this affidavit pursuant to section 55 of the Federal Rules of Civil Procedure in support of the Petitioners' application for the entry of a default judgment against the Respondents pursuant to an Arbitration Award.

3. This is an action to recover unpaid benefit contributions and union dues owed by Respondents to Petitioners pursuant to Collective Bargaining Agreements and an Arbitration Award.

4. Jurisdiction of the subject matter of this action is based on 29 U.S.C. Section 1132(e)(i).

5. This action was commenced on April 5, 2023, by the filing of the Summons and Notice of Petition and Petition to Confirm an Arbitration Award and Memorandum of Law (collectively "Petition"). (See ECF Docket No.1).

6. The Respondents, GROUND SUPPORT SERVICES LLC, and GREATER SHIELD, LLC, were served the Petition on April 19, 2023, with proofs of service thereafter filed on April 24, 2023. (See ECF Docket No.4).

7. Respondent, Abraham Grunhut, was served the Petition on April 26, 2023, with the proof of service filed thereafter on May 2, 2023. (See ECF Docket No.5).

8. Respondent, Issac Weiss, was served the Petition on June 29, 2023, with the proof of service filed thereafter on July 5, 2023. (See ECF Docket No. 7).

9. The Petition seeks judgment for welfare and annuity fund contributions as well as union dues plus interest, liquid damages, costs and attorney fees. The Memorandum of Law which was made a part of the Petition provides the legal argument supporting confirmation of the Arbitration Award herein. (See ECF Docket No. 1-14)

10. This action seeks judgment in the total amount of $84,329.85 which includes $33,389.58 in unpaid welfare contributions, $26,483.52 in unpaid annuity contributions and $1497.01 in dues. The Statement of Damages made a part hereto itemizes the applicable interest, liquidated damages, attorney fees and costs. The amounts stated are justly due and owing, and no

part of which has been paid. Attached hereto as **Exhibit A** hereto is the Statement of Damages along with the process server's bills.

11. The basis for seeking attorney's fees, costs, interest, and liquidated damages is the Petitioner's Policy for Collection of Delinquent Contributions ("Collection Policy") at Section 6. The Policy established the interest rate by using prime rate plus 2%. The prime rate as of January 1, 2023(date of the Arbitration Award), was 7.50% plus 2% totals 9.50%.  The Policy established the liquidated damages at 20% of the delinquent contributions. Attached hereto as **Exhibit B** is a copy of the Collection Policy.

12. Additionally, attorney's fees, costs and liquidated damages are also permitted under 29 U.S. Code § 1132 (g) when the action involves delinquent contributions which is the case herein.

13. The disbursements sought to be taxed have been made in this action or will necessarily be incurred herein.

14. The Respondents, Ground Support LLC, Greater Shield LLC, are corporations and thereby not in the military and are not infants or incompetents. Upon information and belief, Abraham Grunhut and Issac Weiss are not in the military, not infants or incompetents.

15. The attorney's fees are calculated as follows:

| Date | Activity | Time/hours |
|---|---|---|
| 11/2/22 | Attended arbitration | 3.8 |
| 1/29/23 | Prepared and mailed award demand letter. | 1.7 |
| 4/5/23 | Prepared and filed Petition to Confirm Arbitration Award | 3.1 |
| 4/6/23 | Emailed Petition to process server    . | .3 |
| 8/30/23 | Prepared & Filed Request for Certificate of Default Judgment | 2.6 |

| | | |
|---|---|---|
| 1/4/24 | Preparing a Motion for Default | 2.8 |
| 1/17/24 | Finalized and served and filed Motion for Default | 2.0 |
| | | ======= |
| | | 16.3 |

Total: 16.3 hours x $250.00 per hour=$4,075.00

Attached hereto as **Exhibit C** is a copy of the contemporaneous time records.

**WHEREFORE**, Petitioners request entry of the annexed Judgment against the Respondents Ground Support LLC, Greater Shield LLC, Abraham Grunhut, and Issac Weiss.

Dated: Hempstead, New York
January 17, 2024

_____s/_____
Danielle M. Carney, Esq.
BARNES, IACCARINO & SHEPHERD, LLP
Attorney for Petitioners
Three Surrey Lane
Hempstead, New York 11550
(516) 483-2990