# COURT SUPPORT, INC.

265 Post Ave #150, Westbury, NY 11590

113629812

Phone 516-742-7455 -- FAX 516-742-7484

service@courtsupportinc.com



**PAID**

Invoice Date: 4/27/2023

Invoice #: 1471257

Job#: 1471257

Client File#:

Barnes, Iaccarino & Shepherd, LLP-HEMPSTEAD
3 Surrey Lane
Hempstead, NY 11550

Attn: Francesca Morell

**TOTAL INVOICE AMOUNT DUE**

**$0.00**

---

**Job #:** 1471257    **Your #:**

**Plaintiff:** THE MATTER OF THE APPLICATION OF LOCAL 713, INTERNATIONAL

**Defendant:** GROUND SUPPORT SERVICES LLC; et al., Respondents

**Index Number** 2:23-cv-02602-LDH-AYS

**Documents:** Notice of Petition, Petition to Confirm Arbitration Award With

**Recipient:** ABRAHAM GRUNHUT

**Person Served:** ABRAHAM GRUNHUT

169 S. PASCACK ROAD , NANUET, NY 10954

**Date Received:** 4/11/2023

**Completed:** 4/26/2023

| Description | Qty | Fee | Total Fee |
|---|---|---|---|
| Process  Service - Upstate New York | 1 | $188.00 | $188.00 |
| Copy Cost | 466 | $0.28 | $130.48 |
| Search & Locate | 1 | $98.00 | $98.00 |
| Mailing | 1 | $15.00 | $15.00 |
| | | Job Total Due = | $0.00 |
| 5/30/2023      Payment Check #      15131 | | | $-431.48 |
| | | Job Total Recd = | -$431.48 |

| | |
|---|---|
| **TOTAL INVOICE CHARGES:** | **$431.48** |
| **TOTAL INVOICE PAYMENTS:** | **-$431.48** |
| **TOTAL INVOICE AMOUNT DUE:** | **$0.00** |

**Page 1**

# COURT SUPPORT, INC.

265 Post Ave #150, Westbury, NY 11590                    Phone 516-742-7455 -- FAX 516-742-7484
113629812                                                          service@courtsupportinc.com

# PAID

Invoice Date: 4/20/2023
Invoice #: 1471256
Job#: 1471256
Client File#:

Barnes, Iaccarino & Shepherd, LLP-HEMPSTEAD
3 Surrey Lane
Hempstead, NY 11550

**TOTAL INVOICE AMOUNT DUE**

Attn: Francesca Morell

**$0.00**

Job #: 1471256    Your #:                                    Recipient:              Date Received:
Plaintiff: THE MATTER OF THE APPLICATION OF LOCAL 713, INTERNATIONAL    GROUND SUPPORT SERVICES    4/11/2023
Defendant: GROUND SUPPORT SERVICES LLC; et al., Respondents            Person Served:          Completed:
Index Number 2:23-cv-02602-LDH-AYS                                      Usher Gross             4/19/2023
Documents: Notice of Petition, Petition to Confirm Arbitration Award With  90 WATERBURY STREET, BROOKLYN, NY 11206

| Description | Qty | Fee | Total Fee |
|---|---|---|---|
| Process Service - New York/Kings/Queens Counties | 1 | $90.00 | $90.00 |
| Copy Cost | 233 | $0.28 | $65.24 |
| | | Job Total Due = | $0.00 |
| 5/1/2023    Payment Check #    15086 | | | $-155.24 |
| | | Job Total Recd = | -$155.24 |

**TOTAL INVOICE CHARGES:**                                                      $155.24
**TOTAL INVOICE PAYMENTS:**                                                    -$155.24
**TOTAL INVOICE AMOUNT DUE:**                                                    $0.00

Page 1

# COURT SUPPORT, INC.

265 Post Ave #150, Westbury, NY 11590

113629812

Phone 516-742-7455 -- FAX 516-742-7484

service@courtsupportinc.com

## PAID

Invoice Date: 4/24/2023

Invoice #: 1471258

Job#: 1471258

Client File#:

Barnes, Iaccarino & Shepherd, LLP-HEMPSTEAD
3 Surrey Lane
Hempstead, NY 11550

Attn: Francesca Morell

**TOTAL INVOICE AMOUNT DUE**

**$0.00**

---

**Job #:** 1471258    **Your #:**

**Plaintiff:** THE MATTER OF THE APPLICATION OF LOCAL 713, INTERNATIONAL

**Defendant:** GROUND SUPPORT SERVICES LLC; et al., Respondents

**Index Number** 2:23-cv-02602-LDH-AYS

**Documents:** Notice of Petition, Petition to Confirm Arbitration Award With

**Recipient:**
ISSAC WEISS a/k/a YITCHOK

**Person Served:**
Tammy Weiss

1835 RYDER STREET, BROOKLYN, NY 11234

**Date Received:**
4/11/2023

**Completed:**
4/21/2023

| Description | Qty | Fee | Total Fee |
|---|---|---|---|
| Process Service - New York/Kings/Queens Counties | 1 | $90.00 | $90.00 |
| Copy Cost | 1 | $130.48 | $130.48 |
| Mailing | 1 | $15.00 | $15.00 |
| | | Job Total Due = | $0.00 |
| 5/5/2023     Payment Check #     15096 | | | $-235.48 |
| | | Job Total Recd = | -$235.48 |

| | |
|---|---|
| **TOTAL INVOICE CHARGES:** | **$235.48** |
| **TOTAL INVOICE PAYMENTS:** | **-$235.48** |
| **TOTAL INVOICE AMOUNT DUE:** | **$0.00** |

Page 1