CERTIFICATE OF SERVICE

23-CV-2602

STATE OF NEW YORK      )
                       ) ss.:
COUNTY OF NASSAU       )

I, Francesca Morell, being duly sworn, deposes and states as follows:

That deponent is not a party to this action, is over 18 years of age, and resides in the State of New York, County of Nassau.

On the 27th day of March 2024, your deponent served the within Report and Recommendation of USMJ Hon. Anne Y. Shields dated March 26, 2024, mailing a true copy of same enclosed in post-paid wrapper by first class mail, in an official depository under the exclusive care and custody of the United Postal Service within New York State to the following address:

Greater Shield / Ground Support
90 Waterbury St.
Brooklyn, NY 11206

Abraham Grunhut
169 S. Pascack Road
Nanuet, NY 10954

Issac Weiss a/k/a Yitchok Weiss
1835 Ryder Street
Brooklyn, NY 11234

*Francesca Morell*

Sworn to before me:
this 27th day of March, 2024

Notary Public

Rebecca M Ryan
Notary Public, State of New York
No. 01CO6441178
Qualified in Suffolk County
Commission Expires 09/26/2026