UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
THE MATTER OF THE APPLICATION OF
LOCAL 713, INTERNATIONAL BROTHERHOOD
OF TRADE UNIONS, U.M.D.I.L.A., AFL-CIO and
LOCAL 713 HEALTH and WELFARE FUND and
ANNUITY FUND,

                            Petitioners,                       JUDGMENT
v.                                                    23-cv-2602 (LDH)(AYS)

GROUND SUPPORT SERVICES LLC,
GREATER SHIELD LLC, ABRAHAM
GRUNHUT and ISSAC WEISS,

                            Respondents.
-----------------------------------------------------------------X

       An Order of the Honorable LaShann DeArcy Hall, United States District Judge, having been filed on September 24, 2024, adopting the Report and Recommendation of Magistrate Anne Y. Shields, dated March 26, 2024, granting Petitioner's motion for default judgment; confirming the arbitrator's award in the amount of $61,370.11; and awarding Petitioners attorney's fees in the amount of $4,075.00 and costs in the amount of $1,222.20, for a total monetary award of $66,667.31; it is

       ORDERED and ADJUDGED that Petitioner's motion for default judgment is granted; that the arbitrator's award in the amount of $61,370.11 is confirmed; and that Petitioners are awarded attorney's fees in the amount of $4,075.00 and costs in the amount of $1,222.20, for a total monetary award of $66,667.31.

Dated: Brooklyn, New York                                       Brenna B. Mahoney
       September 25, 2024                                     Clerk of Court

                                                               By:   */s/Jalitza Poveda*
                                                                        Deputy Clerk