Avram E. Frisch, Esq.
The Law Office of Avram E.
Frisch LLC
1 University Plaza, Suite 119
Hackensack, NJ 07601
201-289-5352
frischa@avifrischlaw.com
Attorney for Respondents

**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK**

-------------------------------------------------------------- x

THE MATTER OF THE APPLICATION OF LOCAL 713,

INTERNATIONAL BROTHERHOOD OF TRADE

UNIONS, U.M.D. LL.A., AFL-CIO AND LOCAL 713

HEAL TH AND WELFARE FUND AND ANNUITY

FUND,

Petitioners,

- against -

GROUND SUPPORT SERVICES LLC; GREATER

SHIELD LLC, ABRAHAM GRUNHUT AND ISSAC

WEISS A/K/A YITCHOK WEISS,

Respondents.

FOR AN ORDER CONFIRMING THE AWARD OF

JOHN G. KENNEDY,

Arbitrator

Docket No. 2:23-cv-02602-LDH-AYS

**DECLARATION OF AVRAM E.
FRISCH IN SUPPORT OFTHE
MOTION**

-------------------------------------------------------------- x

Pursuant to 28 U.S.C. § 1746, I, Avram E. Frisch, declare under penalty of perjury that the

following is true and correct to the best of my knowledge:

1.  I am the attorney for respondents in this action and make this certification in Support of

    the motion to vacate the judgment entered on September 25, 2024.

2.  I initially filed an opposition to the petition on May 9, 2023, which was a timely response

    to the petition.  I filed only a memorandum of law, as a petition is akin to a motion, and

    no other pleadings should have been required.

3.  I was unaware that the Court expected the filing of a separate notice of appearance (which has not been my experience in either the District of New Jersey or Southern District of New York, where I practice more frequently).

4.  The Court issued an electronic notice of filing to me for the memorandum of law, but I never received any further filings in the case.

5.  On August 29, 2023, the Petitioners counsel, without any notice to me, filed a request for a certificate of default, wrongly stating that my clients had not appeared or opposed the petition.  This was false, as an opposition to the petition was filed electronically and Plaintiff's counsel had notice of it.

6.  The Court's electronic filing receipt demonstrates that I was not emailed a copy of this request, nor any future activity in the action.

7.  Then on January 18, 2024, the Petitioners sought default judgment by motion.  Despite knowing that I had attempted to appear for the Respondents, the Petitioners counsel claims to have served the motion directly to the Respondents.

8.  If the documents were received by the Respondents at that time, they never provided them to me.

9.  The Court, acting initially through a magistrate, ultimately treated the matter as a motion for summary judgment, but considered it unopposed, despite taking notice of the memorandum in opposition.

10. At no point, did anyone ever reach out to my office and inform me that these proceedings were taking place, or seek to inform me that I had made an error in my filings.

11. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on August 24, 2025.

_____
Avram E. Frisch